# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00189-KDB

| | |
|---|---|
| **RICHARD BURGESS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**KILOLO KIJAKAZI, Acting Commissioner of Social Security,**<br><br>**Defendant.** | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Consent Motion for Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A). (Doc. No. 18). Having reviewed the motion and the supporting materials the Court determines that Plaintiff should be awarded an attorney's fee under 28 U.S.C. § 2412(d) in the amount of $6,000.00. Additionally, Plaintiff shall be paid $402.00 in costs from the Judgment Fund by the U.S. Department of the Treasury pursuant to 28 U.S.C. § 2412(a)(1).

**IT IS THEREFORE ORDERED** that Plaintiff be awarded $402.00 in costs under 28 U.S.C. § 2412(a)(1) and $6,000.00 in attorney's fees under 28 U.S.C. § 2412(d). Pursuant to *Comm'r of Soc. Sec. v. Ratliff*, 560 U.S. --, 130 S. Ct. 2521 (2010), the fee award will first be subject to offset of any debt Plaintiff may owe to the United States. The Commissioner will determine whether Plaintiff owes a debt to the United States. If so, the debt will be satisfied first, and if any funds remain, they will be made payable to Plaintiff and mailed to Plaintiff's counsel. If the United States Department of the Treasury reports to the Commissioner that the Plaintiff does not owe a federal debt, the government will exercise its discretion and honor an assignment of

EAJA fees and pay the awarded fees directly to Plaintiff's counsel, Derrick Arrowood, at P.O. Box 58129, Raleigh, North Carolina 27658.

**SO ORDERED**

Signed: March 21, 2022

Kenneth D. Bell
United States District Judge